UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS, a Wisconsin Stock Cooperative,<br><br>        Plaintiff,<br><br>    v.<br><br>STUEVE'S CERTIFIED ORGANIC DAIRY, a California business entity of unknown form; LLOYD L. STUEVE, individually and doing business as Stueve's Certified Organic Dairy; GAGE STUEVE, individually and doing business as Stueve's Certified Organic Dairy; and DOES 1 through 50, inclusive,<br><br>        Defendants. | No. 1:14-cv-01123 GEB SKO<br><br>**ORDER** |

On July 28, 2014, Plaintiff filed a document entitled "Proposed Order Re Expedited Preliminary Injunction Proceedings," seeking a preliminary injunction hearing on an expedited schedule and requesting that its motion for a temporary restraining order ("TRO") be construed as a motion for a preliminary injunction. (ECF No. 12.) Plaintiff also sent an email communication to the Court deputy clerk, "request[ing] that the Court hear the matter on an expedited basis on **Friday, August 1, 2014,** or as soon thereafter as possible." (See Appendix 1.)

Plaintiff's motion for a TRO was denied on July 25,

1

1  2014, since

2  > Plaintiff ha[d] not explained why it did not
3  > seek injunctive relief earlier. This failure
   > of explanation for Plaintiff's three-week
4  > delay in seeking a TRO implie[d] that, under
   > the circumstances, its delay ha[d]
5  > contributed to part of the irreparable injury
   > it aver[red] it [was] enduring, and that it
6  > should proceed by an expedited preliminary
   > injunction proceeding, rather than an ex
7  > parte TRO proceeding.

8  (ECF No. 10.) However, Plaintiff's proposed order does not evince

9  compliance with Local Rule 144(e), which prescribes, in pertinent

10 part:

11 > Applications to shorten time shall set forth
   > by affidavit of counsel the circumstances
12 > claimed to justify the issuance of an order
   > shortening time. Ex parte applications to
13 > shorten time will not be granted except upon
   > affidavit of counsel showing a satisfactory
14 > explanation for the need for the issuance of
   > such an order and for the failure of counsel
15 > to obtain a stipulation for the issuance of
   > such an order from other counsel or parties
16 > in the action.

17     Communication with opposing "counsel or parties in the

18 action" should include any proposed briefing schedule and hearing

19 date.  L.R. 144(e). Since Plaintiff has not shown compliance with

20 this Local Rule, the proposed order will not be signed.

21 Dated:   July 29, 2014

22

23                             _____
24                             GARLAND E. BURRELL, JR.
                               Senior United States District Judge
25

26

27

28

2

**<u>Appendix 1</u>**



500 Capitol Mall, Suite 1600
Sacramento, CA 95814
main 916.447.0700
fax 916.447.4781
www.stoel.com

MELISSA A. JONES
*Direct (916) 319-4649*
majones@stoel.com

July 28, 2014

**VIA EMAIL (sfurstenau@caed.uscourts.gov) AND U.S. MAIL**

Ms. Shani Furstenau
Courtroom Deputy to the Hon. Garland E. Burrell, Jr.
United States District Court for the Eastern District of California
Robert T. Matsui United States Courthouse
501 I Street, Courtroom 10, 13th Floor
Sacramento, CA 95814

**RE:    Cooperative Regions of Organic Producer Pools v. Stueve's Certified Organic Dairy, *et al.***
U.S. District Court for Eastern District of California, Case No. 1:14-cv-01123-GEB-SKO

Dear Ms. Furstenau:

Enclosed please find Plaintiff Cooperative Regions of Organic Producer Pools' ("CROPP Cooperative") [Proposed] Order re Expedited Preliminary Injunction Proceedings.

On July 25, 2014, the Court took CROPP Cooperative's *ex parte* application for a temporary restraining order and order to show cause re preliminary injunction ("Application") under submission and issued an Order denying CROPP Cooperative's request for a temporary restraining order. (Dkt. No. 10.) In the Order, the Court found that CROPP Cooperative's request "should proceed by an expedited preliminary injunction proceeding, rather than an ex parte TRO proceeding." (*Id.* at 4:2-4:2.) "This would provide Defendants with an opportunity to respond to Plaintiff's request for injunctive relief[.]" (*Id.* at 4:3-4:4.) The Order, however, did not specify an expedited hearing date or briefing schedule.

Accordingly, CROPP Cooperative hereby respectfully submits the enclosed [Proposed] Order re Expedited Preliminary Injunction Proceedings, with regard to a proposed briefing schedule. We also request that the Court hear the matter on an expedited basis on **Friday, August 1, 2014**, or as soon thereafter as possible.

76809920.1 0039160-00012

Alaska  California  Idaho
Minnesota  Oregon  Utah  Washington
and Washington, D.C.



July 28, 2014
Page 2

Should the Court have any questions or concerns, please do not hesitate to contact us.

Very truly yours,

Melissa A. Jones

MAJ/bmv
Enclosure

cc: Stueve's Certified Organic Dairy (with enclosure)
ATTN: Managing Agent
4548 Bentley Road
Oakdale, CA 95361

Lloyd L. Stueve (with enclosure)
4548 Bentley Road
Oakdale, CA 95361

Gage L. Stueve (with enclosure by mail and email)
869 River Bluff Drive
Oakdale, CA 95361