UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE REGIONS OF ORGANIC  PRODUCER POOLS, a Wisconsin Stock  Cooperative,<br><br>            Plaintiff,<br><br>     v.<br><br>STUEVE'S CERTIFIED ORGANIC DAIRY, a California business entity of unknown form; LLOYD L. STUEVE, individually and doing business as Stueve's Certified Organic Dairy; GAGE STUEVE, individually and doing business as Stueve's Certified Organic Dairy; and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. 1:14-cv-01123-GEB-SKO<br><br>**ORDER GRANTING PLAINTIFF COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |

On August 5, 2014, Plaintiff Cooperative Regions of Organic Producer Pools ("CROPP Cooperative") filed an Ex Parte Application For Order Shortening Time, in which it seeks "shorten[ed] time for further briefing and the hearing" on its Motion for a Preliminary Injunction, which it seeks to have heard expeditiously. (Pl.'s Notice of Ex Parte Appl. For Order

Shortening Time, ii:5-6, ECF No. 15.) The Application is granted as follows:

1. Plaintiff's ex parte application for a temporary restraining order and order to show cause re preliminary injunction and its supporting papers, which includes the papers filed on 8/5/2014, shall be considered on an expedited basis as a motion for a preliminary injunction. (ECF No. 7, No. 15.)

2. Defendants shall file opposition papers, if any, on or before 12:00 p.m. on Monday, August 11, 2014.

3. CROPP Cooperative shall file reply papers, if any, on or before 12:00 p.m. on Wednesday, August 13, 2014.

4. A hearing on this matter is scheduled to commence at 9:00 a.m. on Wednesday, August 20, 2014.

5. CROPP Cooperative shall serve a copy of this Order on Defendants as soon as possible.

IT IS SO ORDERED.

Dated: August 5, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge