UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS, a Wisconsin Stock Cooperative,<br><br>             Plaintiff,<br><br>     v.<br><br>STUEVE'S CERTIFIED ORGANIC DAIRY, a California business entity of unknown form; LLOYD L. STUEVE, individually and doing business as Stueve's Certified Organic Dairy; GAGE STUEVE, individually and doing business as Stueve's Certified Organic Dairy; and DOES 1 through 50, inclusive,<br><br>             Defendants. | No. 1:14-cv-01123-GEB-SKO<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR EXPEDITED DISCOVERY** |

         Defendants filed a letter under penalty of perjury on August 7, 2014, in which they seek the opportunity to conduct "limited discovery prior to the deadline on which they are required to file their [opposition] brief" to Plaintiff's preliminary injunction motion. (Defs.' Letter p. 2, ECF No. 19.) However, Defendants' counsel avers in the letter that Plaintiff's preliminary injunction evidence concerning irreparable harm "is rife with generalities . . . , and does not contain any specific

1

facts that would support the granting of the motion." (Id.) These averments do not support Defendants' request for the referenced expedited discovery since the essence of Defendants' argument is that the preliminary injunction motion lacks facts justifying the issuance of an injunction.

Since Defendants' averments do not support their request for the referenced expedited discovery, it is denied.

Dated:  August 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge