UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS, a Wisconsin Stock Cooperative,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STUEVE'S CERTIFIED ORGANIC DAIRY, a California business entity of unknown form; LLOYD L. STUEVE, individually and doing business as Stueve's Certified Organic Dairy; GAGE STUEVE, individually and doing business as Stueve's Certified Organic Dairy; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No.　1:14-cv-01123-GEB-SKO<br><br>**ORDER MODIFYING BRIEFING AND HEARING SCHEDULE ON PLAINTIFF'S PRELIMINARY INJUNCTION MOTION** |

　　　　Pursuant to the parties' stipulation filed August 15, 2014, (ECF No. 26), the briefing and hearing schedule on Plaintiff's preliminary injunction motion is modified as follows:

　　　　Defendants shall file opposition papers, if any, on or before 12:00 p.m. on Friday, August 22, 2014;

　　　　Plaintiff shall file reply papers, if any, on or before 12:00 p.m. on Monday, August 25, 2014; and

1

1 | The hearing shall commence at 9:00 a.m. on Wednesday,
2 | August 27, 2014.
3 | IT IS SO ORDERED.
4 | Dated: August 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge